INVESTORS TITLE INS. CO. v. HUTCHINGS

No. 78P93

Case below: 108 N.C.App. 787

Petition by defendant (Marie D. Murdock) for discretionary review pursuant to G.S. 7A-31 denied 7 April 1993.

JUAREZ-MARTINEZ v. DEANS

No. 59P93

Case below: 108 N.C.App. 486

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1993.

LOVELL v. NATIONWIDE MUTUAL INS. CO.

No. 41A93

Case below: 108 N.C.App. 416

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 7 April 1993.

MOORE v. MOORE

No. 99A93

Case below: 108 N.C.App. 656

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals allowed 7 April 1993 limited to issues in dissent.

NATIONWIDE MUTUAL INS. CO. v. ROCHELLE

No. 17P93

Case below: 108 N.C.App. 355

Petition by defendant (Lena Rice) for discretionary review pursuant to G.S. 7A-31 denied 7 April 1993.